Adrian G. Duplantier
   *Senior Judge*

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Tel. (504) 589-7535 ████████

May 24 , 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington. D.C 20544

Re: Calendar 2006 Filing

Dear Judge Smith:

    This is in response to your letter of April 27.

    In the 2006 report, the checking account "Resource Bank" referred to in line 3 and the Certificate of Deposit - line 20 "Resource Bank" were both opened in 2006; these replaced the ones I maintained in 2005 in "Morgan Chase" - Line 3 and line 11, 2005 report.

    All of the business I formerly did with J.P. Morgan Chase Bank in 2005 was transferred to Resource Bank in 2006.

    The Resource Bank stock (line 23, 2006 report) was inadvertently omitted from the 2005 report and several earlier ones. The stock was acquired in three transactions, one in 1998 - cost $60,000, one in 2000 - cost $72,000, and one in 2003 - cost $27,000. I have no excuse - but an explanation - for not listing this stock earlier: all of my other equities are held in a custodian account, but Resource Bank stock is in my bank box. I simply overlooked it until 2006, when I started banking transactions with Resource Bank.

    I apologize once again for causing the committee trouble. The report requires a great deal of time and attention. I do the best I can.

                     Sincerely,



                     Adrian G, Duplantier

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) DUPLANTIER, ADRIAN G | 2. Court or Organization U.S. DISTRICT COURT-EDLA | 3. Date of Report 03/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address ROOM C114, 500 POYDRAS STREET NEW ORLEANS, LOUISIANA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAR 26 A 10: 25 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 03/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Louisiana State Employees Retirement System | $ 53,226.36 |
| 2. \ | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia Law School CLE, Charlottesville, Va. 1/12-1/14 | Travel, Food and Lodging |
| 2. | Federal Judges Assn, Washington, D.C. 5/6-5/7 | Travel, Food and Lodging |
| 3. | Bankruptcy Rules Committee - University of N. Carolina 3/8-3/10 | Travel, Food and Lodging |
| 4. | Brookings Institute, Washingtyon, DC, 9/20-9/22 | Travel, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 03/20/2007 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tax Free Int Whitney Bank Custodian | D | Interest | M | T | | | | | |
| 2. Whitney Natl Bank, N.O., Checking Account | A | Interest | K | T | | | | | |
| 3. Ck. acct.Resource Bank.Covington, La. | A | Interest | K | T | | | | | |
| 4. Lot No. 1, New Orleans, La. | | None | K | W | | | | | |
| 5. Lot No. 2, New Orleans, La. | | None | L | W | Donated | 3/01 | | | |
| 6. E. Baton Rouge Revenue Bonds | C | Interest | L | T | | | | | |
| 7. St. Tammany, La. Commercial Bldg. | G | Rent | O | W | SOLD | 9/29 | P1 | H1 | Causeway Place L.L.C. |
| 8. Ohio (G.M. Bonds) | B | Interest | K | T | | | | | |
| 9. Dave & Buster's, Inc. | | None | | | Sold | 3/09 | J | D | |
| 10. JP Morgan Chase and Co. | D | Dividend | N | T | | | | | |
| 11. Freeport McMoran Inc. Stock | D | Dividend | M | T | | | | | |
| 12. General Electric Co. | E | Dividend | O | T | | | | | |
| 13. Leggett & Platt, Inc. | D | Dividend | M | T | | | A | | |
| 14. Millipore Corp | B | Dividend | N | T | | | | | |
| 15. Murphy Oil | D | Dividend | O | T | | | | | |
| 16. Penn Virginia Corp. | C | Dividend | M | T | | | | | |
| 17. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tidewater Inc. | B | Dividend | M | T | | | | | |
| 19. Tyco International | D | Dividend | O | T | | | | | |
| 20. Resource Bank | D | Interest | M | T | | | | | |
| 21. Valero Energy Corp. | A | Dividend | M | T | | | | | |
| 22. Burlington Resources merged with Conoco Phillips | A | Dividend | L | T | Merged with | | | | |
| 23. Resource Bank Stock | A | None | M | T | | | | | |
| 24. Deltic Timber Corp. | A | Dividend | K | T | | | | | |
| 25. Ft. Eustis, Va. First Advantage Federal Credit Union IRA | D | Interest | M | T | | | | | |
| 26. Villere & Co. | | None | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 03/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____3/26/07____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544